UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

In Re:  William W. Cobb, Esq.                                    Misc. No. 5:22-mc-00137

## ORDER

The above-named individual having received this court's Order to Show Cause issued on September 28, 2022, and having responded, it is hereby

ORDERED that said WILLIAM W. COBB is publicly reprimanded for violation of Vermont Professional Conduct Rule 1.1 and suspended from the practice of law before this Court for a period of one (1) year and three (3) months from the date of this order.

Dated at Burlington, in the District of Vermont, this 21st day in December 2022.

/s/ Geoffrey W. Crawford
U.S. District Chief Judge